IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02203-WYD-KLM

MIKEAL GLENN STINE,

    Plaintiff,

v.

MS. FETTERHOFF, MRAS, ADX Health Services;
MR. STEVEN NAFZIGER, Clinical Director;
MR. J. LORINCZ, Clinical Director;
RON WILEY, Warden, ADX,

    Defendants.
_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' First Motion to Consolidate and Extend Response Time to Answer Plaintiff's Complaint [Docket No. 15; Filed January 23, 2008] ("Motion to Extend"); and Plaintiff's Motion for Default Judgment [Docket No. 18; Filed January 24, 2008] ("Motion for Default Judgment").

    IT IS HEREBY **ORDERED** that the Motion to Extend is **GRANTED**. The Court agrees to consolidate and extend each Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint to on or before **February 29, 2008**.

    IT IS HEREBY **ORDERED** that the Motion for Default Judgment is **DENIED**. As noted above, the Court has agreed to extend the time for Defendants to answer or otherwise respond to Plaintiff's Complaint such that the deadline for their response has not yet occurred. Even if that were not the case, the Court notes the previous deadlines for Defendants to answer or otherwise respond to Plaintiff's Complaint have not expired. The previous deadline for Defendants Fetterhoff, Lorincz, and Wiley to respond was January 29, 2008 [Docket Nos. 11-13]. The previous deadline for Defendant Nafziger to respond was February 8, 2008 [Docket No. 14]. *See* Fed. R. Civ. P. 12(a)(3).

    Dated: January 25, 2008