IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02203-WYD-KLM

MIKEAL GLENN STINE,

    Plaintiff,

v.

MS. FETTERHOFF, MRAS, ADX Health Services;
MR. STEVEN NAFZIGER, Clinical Director;
MR. J. LORINCZ, Clinical Director;
RON WILEY, Warden, ADX,

    Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Motion to Strike Document (15) and Other Pleadings Made by J. Benedict Garcia/AUSA Denver [Docket No. 24; Filed February 6, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**. As the Court has informed Plaintiff in another pending matter, No. 07-cv-00799-WYD-KLM [141], the Court does not require proof of counsel's authorization to represent government officials in their individual capacity. Counsel is an officer of the Court and is bound by the Court's rules. As such, the Court is entitled to accept counsel's filing of pleadings relating to Defendants' individual liability as proof of authorization to represent Defendants in their individual capacities. Further, the Court will take no action to strike any pleadings or statements made by counsel relating to Defendants' individual capacities. In addition, and again as the Court has informed Plaintiff in No. 07-cv-00799-WYD-KLM [95], the Court does not strictly adhere to the requirements of D.C. Colo. L. Civ. R. 7.1A given Plaintiff's incarceration. Plaintiff himself has been a frequent benefactor of the Court's leniency in this regard, and the Court notes that Plaintiff asserts no prejudice from the Defendants' failure to confer.

Dated: February 7, 2008