IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02203-WYD-KLM

MIKEAL GLENN STINE,

    Plaintiff,

v.

MS. FETTERHOFF, MRAS, ADX Health Services;
MR. STEVEN NAFZIGER, Clinical Director;
MR. J. LORINCZ, Clinical Director;
RON WILEY, Warden, ADX,

    Defendants.
_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Letter Motion and Exhibit Affecting All of the Above Cases/Wherefore Plaintiff Requests the Courts [sic] Assistance and Order [Docket No. 32; Filed March 6, 2008] ("Motion No. 32"). The purpose of Motion No. 32 is to request that the Court hold a hearing regarding alleged misconduct of ADX prison officials and their denial of Plaintiff's right of access to the Court.

    IT IS HEREBY **ORDERED** that Motion No. 32. is **DENIED**. Plaintiff has failed to allege an injury caused by Defendants that impacts his ability to litigate the above-captioned case. At best, Plaintiff's injury is premature as he can point to no motion or court document that he was prevented from filing in this case which allegedly caused an injury to him. *See generally Lewis v. Casey*, 518 U.S. 343, 351-52 (1996).

    This matter is also before the Court on Plaintiff's Motion for Court Order Allowing Plaintiff Communications with Witnesses Needed to Make Response to Defendants Motion

to Dismiss and 30 Days to Respond, Further Request Limited Discovery [Docket No. 34; Filed March 7, 2008] ("Motion No. 34").

IT IS HEREBY **ORDERED** that Motion No. 34 is **GRANTED in part and DENIED in part**. To the extent that Plaintiff requests an extension of time to respond to the pending Motion to Dismiss [Docket No. 30], the Motion is **granted**. To the extent that Plaintiff requests that the Court order prison officials to provide Plaintiff with access to other inmates in a way that deviates from customary prison regulations, the Motion is **denied**. This Court will not interfere with the day-to-day operations of the prison, nor will it order prison officials, many of whom are not parties, to provide the relief that Plaintiff requests. *See generally Sandin v. Conner*, 515 U.S. 472, 482-83 (1995). The Court notes that a Preliminary Scheduling Conference has been set for March 19, 2008 at 1:30 p.m. where the Court will discuss the status of this case and set deadlines for discovery and dispositive motions, if appropriate. Recognizing that some additional time may be necessary for Plaintiff to respond to the Motion to Dismiss,

IT IS FURTHER **ORDERED** that Plaintiff shall file his response to the Motion to Dismiss on or before **May 5, 2008**.

IT IS FURTHER **ORDERED** that the Clerk shall send a copy of the Motion to Dismiss [Docket No. 30] to Plaintiff.

In addition to notice of filing of this Minute Order being provided to the parties, it is ORDERED that the office of the Clerk shall mail a copy of this Minute Order to the following:

CASE MANAGER FOR:
Mikeal Glenn Stine #55436-098

Florence ADMAX US Penitentiary
P.O. Box 8500
Florence, CO 81226

Dated:	March 10, 2008