IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02203-WYD-KLM

MIKEAL GLENN STINE,

    Plaintiff,

v.

MS. FETTERHOFF, MRAS, ADX Health Services;
MR. STEVEN NAFZIGER, Clinical Director;
MR. J. LORINCZ, Clinical Director;
RON WILEY, Warden, ADX,

    Defendants.
_____

## ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's Motion for Sanctions/Evidentiary Hearing Requested [Docket No. 51; Filed April 9, 2008] ("Motion for Sanctions").

IT IS HEREBY **ORDERED** that the Motion for Sanctions is **DENIED**. The Court finds that the Motion for Sanctions is frivolous and filed for the sole purpose of harassing Defendants, and I justify my denial on this ground. In addition, Plaintiff has failed to present any cogent argument in support of his Motion and utterly failed to demonstrate any prejudice resulting to him from Defendants' approved delay of two days to comply with the Court's Order of March 19, 2008 [Docket No. 40].

Dated: April 10, 2008

BY THE COURT:

 s/ Kristen L. Mix
U.S. Magistrate Judge
Kristen L. Mix