IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-02203-WYD-KLM

MIKEAL GLENN STINE,

      Plaintiff,

v.

MS. FETTERHOFF, MRAS, ADX Health Services;
MR. STEVEN NAFZIGER, Clinical Director;
MR. J. LORINCZ, Clinical Director;
RON WILEY, Warden, ADX,

      Defendants.

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

     This matter is before the Court pursuant to Plaintiff's **Motion to Correct Docket Sheet and Strike Documents Listed Above for Each Case by <u>Mikeal Stine</u>** [Docket No. 117; Filed August 27, 2008] (the "Motion").

     Plaintiff takes the position that "someone has filed a motion to appoint counsel and or motion for injunctive order, by forging his name to alleged motions."  *Motion* [#199] at 1. Plaintiff asks the Court to (1) strike the "forged motions"; (2) strike the Court's Order ruling on the "forged motions"; (3) "issue some type of order [requiring ADX officials] to attest Motion filed is actually Plaintiffs [sic] Motion"; and (4) require all mail to and from the Court to be marked as legal mail.  *Id.* at 3.

     A perfunctory review of the "Motion to Appoint Counsel and" or Injunctive Order [Docket No. 107] establishes that similarities in handwriting, grammar, syntax and punctuation make it highly unlikely that these pleadings were drafted and signed by anyone other than Plaintiff.  Accordingly,

     IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

Dated:      August 28, 2008