**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix**

| | |
|---|---|
| Civil Action No.: 07-cv-02203-WYD-KLM | FTR - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| Date: October 9, 2009 | Courtroom Deputy, Kathleen Finney |

MIKEAL GLENN STINE,                                       Pro Se (telephone)
#55436-098
     **Plaintiff(s),**
v.

MS. FETTERHOFF,                                          J. Benedict Garcia
MRAS, ADX Health Services;
MR. STEVEN NAFZIGER,
Clinical Director;
MR. J. LORINCZ,
Dentist ADX; and
RON WILEY,
ADX Warden;

     **Defendant(s).**

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING: STATUS CONFERENCE**
**Court in Session: 9:04 a.m.**
Court calls case. Telephonic appearance of *Pro Se* Plaintiff; in court appearance of defense counsel.

Opening statements by the Court. The Status Conference is called to consider the nature and status of the remaining claims of the case (Bivens claim and Eighth Amendment claim against Defendants Nafziger and Wiley), the case schedule, and what discovery will be needed.

**It is ORDERED:**      Plaintiff's oral Motion to Withdraw Plaintiff's Motion to Compel Discovery and Motion for Sanctions [Docket No. 124, filed 10/3/08] is **granted.** The Motion to Compel is deemed withdrawn.

**It is ORDERED:**      Defendants have to and including **October 22, 2008** to respond to Plaintiff's outstanding discovery.

Discovery Cut-off is **JANUARY 30, 2009.**
Dispositive Motions deadline is **MARCH 2, 2009.**
Parties shall designate experts **on or before NOVEMBER 14, 2008.**
Parties shall designate rebuttal experts **on or before DECEMBER 15, 2008.**

- Each side shall be limited to three (3) depositions. Each deposition shall be limited to one (1) day of a maximum of seven (7) hours, absent leave of Court. The Court reminds Plaintiff that [1] any costs associated with a deposition, including any court reporter fees, are the responsibility of the party noticing the deposition and that [2] Plaintiff must confer with defense counsel regarding available dates and times for any depositions he may wish to take. Permission must also be obtained from the prison facility.
- Each side shall be limited to one (1) expert witness.
- Interrogatories may be submitted pursuant to Fed.R.Civ.P. 33. Each side shall be limited to twenty-five (25) Interrogatories, including those most recently propounded by Plaintiff.
- Requests for Production of Documents may be submitted pursuant to Fed.R.Civ.P. 34. Each side shall be limited to twenty (20) Requests for Production of Documents, including those most recently propounded by Plaintiff.
- Requests for Admissions may be submitted pursuant to Fed.R.Civ.P. 36. Each side shall be limited to twenty (20) Requests for Admissions, including those most recently propounded by Plaintiff.

The responding party must serve its answers and/or objections within thirty (30) days after being served with the discovery requests.

All interrogatories, requests for production of documents, and requests for admissions must be served no later than thirty-three (33) days prior to close of discovery.

**It is ORDERED:** The Final Pretrial Conference set for November 18, 2008 is **vacated and reset for MAY 4, 2009 AT 9:00 A.M.**

Final Pretrial Order is due **no later than FIVE (5) BUSINESS DAYS** before the Final Pretrial Conference. (See the court's website **www.cod.uscourts.gov** for Instructions for Preparation and Submission.) In accordance with FED.R.Civ.P. 16(d), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

As Plaintiff is *pro se,* he is reminded he is required to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.).

A party may only be represented by an attorney who is admitted to the United States District Court District of Colorado bar.

HEARING CONCLUDED.

**Court in Recess: 9:11 a.m.**
Total In-Court Time:     00:07