IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02203-WYD-KLM

MIKEAL GLENN STINE,

    Plaintiff,

v.

MR. STEVEN NAFZIGER, Clinical Director;
RON WILEY, Warden, ADX,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Serve (25) Interrogatories on Non-Defendants** [Docket No. 128; Filed October 17, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**. To the extent that Plaintiff seeks permission to serve twenty-five interrogatories each on six nonparties, the request is not appropriate. Interrogatories may only be served on <u>parties</u>. Fed. R. Civ. P. 33. However, to the extent that Plaintiff has not already exceeded the number of interrogatories he may propound pursuant to the Court's Order of October 9, 2008 [Docket No. 127], Plaintiff may, without Court involvement, serve interrogatories on Defendants' counsel which seek information from Defendant Wiley or his agents.

    Dated:    October 20, 2008