IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02203-WYD-KLM

MIKEAL GLENN STINE,

    Plaintiff,

v.

MR. STEVEN NAFZIGER, Clinical Director;
RON WILEY, Warden, ADX,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court pursuant to Plaintiff's **Motion to Strike Defendants [sic] Motion (139) for Failure to Copy Plaintiff and Violating Rule 7.1(A)** [Docket No. 143; Filed December 8, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**. The Court finds no fault with Defendants' handling of Motion No. 139. To the extent that Plaintiff contends that he did not receive a copy of the motion, the Court notes that Defendants certified that they served a copy of the motion on Plaintiff, in accordance with D.C. Colo. L. Civ. R. 5.1(F). In any event, the Court is not obligated to wait for a response from an opposing party prior to ruling on a filed motion. Pursuant to D.C. Colo. L. Civ. R. 7.1(C), "[n]othing in this rule precludes a judicial officer from ruling on a motion at any time after it is filed." Here, the Court determined that it was able to rule on such motion without the input of Plaintiff. In addition, given Plaintiff's status of incarceration, the Court affords both parties leeway regarding the duty to confer. *See* D.C. Colo. L. Civ. R. 7.1(A). Plaintiff makes no allegation that he was harmed by Defendants' alleged failure to confer and, indeed, has benefitted himself from the Court's discretion regarding this Rule.

Dated:    December 9, 2008