IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-02203-WYD-KLM

MIKEAL GLENN STINE,

        Plaintiff,

v.

MR. STEVEN NAFZIGER, Clinical Director;
RON WILEY, Warden, ADX,

        Defendants.

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

        This matter is before the Court pursuant to Plaintiff's **"Motion for Copy of Admission 1-15 Attached to Motion to Compel Document No. 131 Filed Oct. 23rd 2008"** [Docket No. 148; Filed December 22, 2008] (the "Motion").  Although the title of Plaintiff's Motion indicates otherwise, the Court construes Plaintiff's Motion as a request to have the Clerk mail Plaintiff a copy of his propounded admissions located at Docket No. 124.  Defendants filed a response and certified that they "mailed Plaintiff a copy of Doc 131 and the attachments which Plaintiff requests."  *Response* [#151] at 1.  Defendants also filed a certificate of service of "document number 131" to Plaintiff [Docket No. 152].  Although the Court appreciates Defendants' efforts to provide Plaintiff with the relief that he requests, it is unclear whether Defendants mailed a copy of the admissions located at Docket No. 124.  Accordingly,

        IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Clerk is directed to mail a copy of Docket No. 124 to Plaintiff.


Dated:        December 29, 2008