IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02203-WYD-KLM

MIKEAL GLENN STINE,

    Plaintiff,

v.

MR. STEVEN NAFZIGER, Clinical Director;
RON WILEY, Warden, ADX,

    Defendants.

---

## MINUTE ORDER
---

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Motion for Protective Order to Prevent Deposition** [Docket No. 174; Filed February 23, 2009] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **DENIED as moot**. On the date of the deposition, the parties contacted the Court via telephone to adjudicate Plaintiff's objections to being deposed. At that time, I permitted Plaintiff to make an oral motion for entry of a protective order to prevent his deposition. I denied Plaintiff's objections and ordered that the deposition proceed. Therefore, the Motion is moot.

Dated:    February 24, 2009