IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02203-WYD-KLM

MIKEAL GLENN STINE,

    Plaintiff,

v.

MR. STEVEN NAFZIGER, Clinical Director;
RON WILEY, Warden, ADX,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Motion for "Summary Judgment"** [Docket No. 173; Filed February 23, 2009] ("Motion").

IT IS HEREBY **ORDERED** that the Motion is **STRICKEN** for Plaintiff's failure to comply with Chief District Judge Wiley Y. Daniel's practice standards which govern the pleadings filed by the parties in this case. Specifically, WYD Civ. Practice Standard III.B.3 requires that any motion for summary judgment include a "Statement of Undisputed Material Facts." Plaintiff's Motion does not contain this section and is deficient on its face. This is the second noncompliant dispositive motion filed by Plaintiff. The first one was stricken for the same deficiency and, at that time, the Court provided Plaintiff with a copy of the controlling practice standards [Docket No. 142].

IT IS FURTHER **ORDERED** that the Clerk shall strike Plaintiff's Motion for Summary Judgment [#173] from the record.

Dated:    February 26, 2009