IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02203-WYD-KLM

MIKEAL GLENN STINE,

    Plaintiff,

v.

MR. STEVEN NAFZIGER, Clinical Director;
RON WILEY, Warden, ADX,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on numerous motions filed by Plaintiff [Docket Nos. 176, 179, 182, 184, 186, 189, 193, 194] (the "Motions"). The Court notes that the Motions all relate to Plaintiff's requests for injunctive relief concerning his current conditions of confinement. Although the Court recognizes the serious nature of Plaintiff's allegations, because the Motions are largely duplicative and contain dates and allegations that are difficult to reconcile,

    IT IS HEREBY **ORDERED** that the Motions [##176, 179, 182, 184, 186, 189, 193, 194] are **DENIED WITHOUT PREJUDICE**. Plaintiff may file a single motion that sets forth every allegation he wishes to assert in relation to his request for injunctive relief on or before **March 27, 2009**. The motion must be comprehensive and any later attempts to supplement or amend the motion will be stricken.

Dated:    March 6, 2009