IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02203-WYD-KLM

MIKEAL GLENN STINE,

    Plaintiff,

v.

MR. STEVEN NAFZIGER, Clinical Director;
RON WILEY, Warden, ADX,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion to Strike Plaintiff's Filings (Docs. 176, 182, 184, 186, 189, 193 & 194) for Noncompliance with Court Orders** [Docket No. 201; Filed March 4, 2009] (the "Motion"). The Court has recently denied without prejudice the motions which are the subject of Defendants' Motion. Therefore,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED as moot**.

    Dated:       March 6, 2009