IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02203-WYD-KLM

MIKEAL GLENN STINE,

    Plaintiff,

v.

MR. STEVEN NAFZIGER, Clinical Director;
RON WILEY, Warden, ADX,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Motion to Add Attached Exhibits (1) Through (9) to Pending Motion for Protective Order and Injunction/Oral Arguments Requested Being Doc. No. (265) in 07-cv-01839-WYD-KLM; and Doc. No. (176) in 07-cv-02203-WYD-KLM** [Docket No. 209; Filed March 12, 2009] (the "Motion"). The Motion seeks to supplement motions that have already been ruled upon and are no longer pending.

IT IS HEREBY **ORDERED** that the Motion is **DENIED as moot**.

Dated:     March 16, 2009